

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-20-00237-CV

_____

JOHNNY LEON, Appellant

V.

LAURA HAMILTON AND TEXAS FARMERS INSURANCE COMPANY,
Appellees

On Appeal from the 352nd District Court
Tarrant County, Texas
Trial Court No. 352-308005-19

Before Bassel, Womack, and Wallach, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

On February 26, 2021, this court notified appellant of the deficiencies in the appellant's brief filed on February 22, 2021, and warned that the failure to file an amended brief could result in the striking of the appellant's brief, waiver of noncomplying points, or dismissal of the appeal. *See* Tex. R. App. P. 38.8(a), 38.9(a), 42.3. In response, appellant filed a motion to extend the time to file an amended brief. On March 9, 2021, this court granted appellant's motion for extension and ordered appellant's amended brief be filed by March 22, 2021. No brief was filed.

Therefore, on April 12, 2021, we notified appellant that we had not received his amended brief and ordered that appellant file an amended appellant's brief with this court on or before May 3, 2021. If the brief was not filed by then, we stated that we would strike appellant's noncompliant brief and that this appeal would be dismissed for want of prosecution. We have received no response.

Because appellant has failed to file an amended brief even after we afforded several opportunities to do so, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b), 43.2(f).

Per Curiam

Delivered: May 20, 2021